**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Phillip Manderscheid v. LAZ Parking Texas LLC and Boot Man, Inc. d/b/a Premier Parking Enforcement

Appellate case number:    01-13-00362-CV

Trial court case number:  1019656

Trial court:            County Civil Court at Law No. 4 of Harris County

On September 9, 2013, the appellant filed a motion seeking corrections to the court reporter's transcripts, or, alternatively, to abate the appeal and remand for hearings on purported inaccuracies.

The Motion to Abate is **GRANTED**. Pursuant to TEX. R. APP. P. 34.6(e)(3), the trial court is **ORDERED** to hold a hearing, in accordance with TEX. R. APP. P. 34.6(e)(2) to settle the dispute after providing notice of same to all parties. **The court coordinator of the trial court shall set a hearing date and notify the parties and the Clerk of this Court of such date.**

The trial court shall have a court reporter, or court recorder, record the hearing and file the reporter's record with the Court **within 30 days of the date of this order**. Additionally, the trial court's findings and recommendations and any orders issued pursuant to this hearing shall be included in a supplemental clerk's record and filed in this Court **no later than 30 days from the date of this order**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and reporter's record of the hearing are filed in this Court.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court


Date: September 19, 2013